

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

D-3  JEFFREY BAUM,

    Defendant.

Criminal No. 19-20836

Hon. Mark A. Goldsmith

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, JEFFREY BAUM, Defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

**As to Count One:**

**Conspiracy to Commit Bribery Concerning Programs Receiving Federal Funds**
**18 U.S.C. §§ 371 and 666(a)**

Five years imprisonment, a $250,000 fine, or both

**As to Counts Sixteen through Thirty-Three:**

**Wire Fraud**
**18 U.S.C. § 1343**

As to each count, twenty years imprisonment, a $250,000 fine, or both

I also understand that the court may impose consecutive sentences if I am convicted of more than one count.

_____
JEFFREY BAUM
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for Defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
MICHAEL A. RATAJ (P43004)
Counsel for Defendant

Dated: December  23 , 2019