UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

       Plaintiff,

   v.

Richard Sollars, et al.,

       Defendants.

Case No: 19-cr-20836

Honorable Mark A. Goldsmith

---

### NOTICE OF ADDITION OF ASSISTANT U.S. ATTORNEY

**To:** Attorney Admission Clerk and All Other Parties

Please take notice of the addition of an Assistant U.S. Attorney as counsel of record for the above captioned case:

| *Add the following AUSA:* | *Terminate the Following AUSA:* |
|---|---|
| Name: Eaton P. Brown<br>Bar ID: P66003<br>Telephone: 313-226-9184<br>Fax: 313-226-3271<br>Email: Eaton.Brown@usdoj.gov | n/a |

                              DAWN N. ISON
                              United States Attorney

                              *s/EATON P. BROWN*
                              Assistant United States Attorney
                              United States Attorney's Office
                              211 W. Fort Street, Suite 2001
                              Detroit, MI   48226
                              Eaton.Brown@usdoj.gov
                              (313) 226-9184
                              P66003

Date: <u>April 26, 2022</u>