**EXHIBIT 2**

RICK SOLLARS
*Mayor*

CYNTHIA A. BOWER
*City Clerk*

EDWARD L. BOURASSA
*Treasurer*

# City of Taylor

**23555 GODDARD ROAD**
Taylor, MI 48180

PHONE: (734) 287-6550
www.cityoftaylor.com

CITY COUNCIL

ALEX GARZA
Chairman

TIMOTHY WOOLLEY
Chairman Pro-Tem

CHARLEY JOHNSON
ANGELA CROFT
CAROLINE PATTS
BUTCH RAMIK
DANIEL BZURA

June 18th, 2018

Madison Heights City Council Chair,

The City of Taylor has worked with HP SNAP INVESTMENT LLC for last two years on our ROFR Tax Foreclosure Rehabilitation project. HP SNAP has helped increase property values in the community by making substantial investments into the formerly blighted properties. They have been very transparent with the planning and process through proper reporting and status updates. They have not received any ordinance violations in the two years working together. The partnership has been instrumental in revitalizing the neighborhoods and giving homeowners a new sense of pride in the community. I have personally visited their completed homes and have been impressed with their workmanship. The granite countertops, glass backsplashes and stainless steel appliances are just a few of the upgrades that have impressed us. The additional touches and details like the LED lighting and the dual flush toilets show the intensive planning and expertise in making sure no detail goes untouched. Our new homeowners can move in and not have to worry about any cost upgrades for several years.

HP SNAP INVESTMENT LLC has worked diligently with occupied tenants and former homeowners to give them options to relocate. We as a city have not had to engage in any litigation as they have done all the ground work. HP SNAP has rehabilitated all allocated homes within the timeframe given in our development agreement..

I would highly recommend them as they have done an extraordinary job in our community. Please feel free to email me with any further questions or if you need additional information. Thanks for your time and consideration of HP SNAP.

Sincerely,

Jeff Baum
Community Development Manager
City of Taylor
jbaum@ci.taylor.mi.us