# EXHIBIT 5

Honorable Mark A. Goldsmith,

I have had the pleasure to meet, hire, and remain close friends with, Jeffrey Baum in 2022.
Mr. Baum was a referral from another colleague that I trust beyond measure. Being this was a critical hire, in a very important, highly visible supervisor position, this needed to be a smooth transition.
Jeff worked directly under me as a supervisor of UAW skilled trades at CBRE/Ford.  During my time as his manager, it was an absolute gift to have him on my team.
Jeff has shown great character, stability, and most importantly a caring attitude that still affects his employer, employees, friends, and family daily.

During my time as Jeff's manager, he had impeccable attendance, was my first source to handle difficult situations. Jeff always went above and beyond daily.
When it came time to have semi-annual reviews, Jeff was the easy one.

I have come to know Mr. Baum outside of work and appreciate the person of character he is.
Jeff is a great father to his sons, a great friend, and reliable resource for many.
I moved on to another challenge in life, but I still communicate with other managers and tradesmen at CBRE/Ford, and Jeff has kept that strength and integrity all along.
It has been a great pleasure to communicate this to others, and even greater to see Jeff grow daily.

Kind Regards,

*Tony Burton*
Supervisor
DTE Corporate Services
NE Detroit
313-909-1656
ANTHONY.BURTON@DTEENERGY.COM
**DTE Energy**

*Tony Burton*

8/14/24