# EXHIBIT 9

Gary R. Sweetapple
42254 Ludlow Ct
Northville, MI 48168

September 5, 2024

**Re: Court Character Reference Letter**

To the Honorable Mark A. Goldsmith:

This letter is to inform you that I have had the good fortune to know Jeff Baum for the last two years (on October 1st) through my work environment at Ford Motor Company. Jeff is part of our CBRE management team at the Research and Engineering Center, where he governs our construction/maintenance skilled trades department. He is my supervisor and friend; I'm very grateful and honored for the opportunity to speak on behalf of his character and mettle.

I realize the time span that I've known Jeff has been relatively limited, however I have had the vantage point of seeing how he responds and faces challenges of a more demanding work condition, UAW and his upper management. Jeff faces some unique and stressful circumstances that require mental and emotional gymnastics to perform his duties successfully. Jeff is the person I'd want on my team – he is able to guide and direct people with compassion, integrity, and humor. He can stay focused and collected during circumstances many people would falter. My coworkers and I respect and follow Jeff, because of the mutual respect and solidness that he provides.

On a more personal note, I've seen Jeff interact with his family, namely, his ex-wife, two sons and father. These interactions can be categorized as, engaging, dedicated, and loving. Jeff is a stand-up father, despite more complex family dynamics. All of my dealings with Jeff have been straightforward and honorable. His ability to provide clear and artful direction likely comes from his former coaching and teaching experiences. I have full confidence in his ability to make other peoples lives better through his decisions as reflected through my interactions with Jeff.

My only regret is that I did not get to know Jeff until later in my life. He embodies qualities and character that you would want to see within your friends and family: humility, kindness, integrity, and lovingness.

Please feel comfortable reaching out to me if you have any further questions.

Sincerely,

Gary R. Sweetapple
(734)765-6090