PS8
(01/24)

# United States District Court
for the
**Eastern District of Michigan**

U.S.A. vs. Jeffrey Baum                                                    Docket No. 19-20836-3

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Christen Rudd, Pretrial Services Officer, presenting an official report on defendant Jeffrey Baum, who was placed under pretrial release supervision on a $10,000.00 unsecured bond by United States Magistrate Judge David R. Grand, sitting in the court at Detroit, Michigan, on December 23, 2019, under the following conditions:

1. Report as directed to Pretrial Services.
2. Avoid all contact, directly or indirectly, with any person who is or may become a victim or witness in the investigation or prosecution, including but not limited to: Hadir Altoon and Paul Phillips.
3. Do not use or unlawfully possess a narcotic drug or other controlled substances, unless prescribed by a licensed medical practitioner.
4. Submit to any testing required by the Pretrial Services Officer or supervising officer to determine whether the defendant is using a prohibited substance.
5. Participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the Pretrial Services Officer or supervising officer (condition imposed orally but erroneously left off the Order Setting Conditions of Release).

On February 6, 2020, Your Honor was notified the defendant tested positive on the day of his Initial Appearance (December 23, 2019) for cocaine and marijuana, and positive for cocaine on January 30 and February 3, 2020. Pretrial Services filed a Petition for Action on February 6, 2020, requesting the defendant's bond be modified to include the following special conditions: participate in drug treatment as directed by Pretrial Services; participate in mental health treatment as directed by the supervising officer or the Court; and refrain from the use of alcohol. On February 13, 2020, Your Honor ordered the defendant's bond modified as recommended by Pretrial Services.

On November 30, 2021, the defendant appeared before Your Honor for a Plea Hearing at which time a guilty plea was entered. Bond was continued.

The defendant is scheduled to appear for Sentencing before Your Honor on September 26, 2024.

**Respectfully presenting petition for action of court and for cause as follows**:

On August 26, 2024, the defendant submitted a urine sample which returned presumptive positive for cocaine and marijuana. The defendant admitted to using both substances on August 21, 2024.

He further explained that he is tempted to use both substances when he is not busy. The sample confirmed positive for cocaine and marijuana with the national laboratory on August 30, 2024.

The defendant failed to report for random drug testing on August 29, 2024. The defendant stated he was under the impression the undersigned was going to complete a home visit the following week as discussed with the undersigned. The defendant stated he misunderstood the undersigned and did not realize he could be called in for drug testing for the remainder of the week. Pretrial Services explained to the defendant he can be called in for testing multiple days per week, including consecutive days.

On August 30, 2024, the defendant submitted a urine sample which returned presumptive positive for cocaine and marijuana. The defendant denied use of cocaine or marijuana since August 21, 2024. The sample is pending confirmation with the national laboratory. The defendant explained he was interested in attending Narcotics Anonymous meetings and found a location that offers meetings but was interested in finding something further from his community due to confidentiality reasons. Pretrial Services provided the defendant with website link with various NA meeting locations and times in the greater Detroit area.

The defendant has submitted five confirmed positive drug screens between June 25 and August 26, 2024. Pretrial Services previously requested the Court take no action on the defendant's recent violations regarding his drug use to allow time for the defendant to resume dual diagnosis treatment. However, the defendant has been attending outpatient dual diagnosis treatment since July 25, 2024, when he completed his intake appointment, and he continues to struggle with substance use. The defendant has been attending treatment as scheduled since commencement of services.

The defendant remains in compliance with all other conditions of release.

On September 4, 2024, Pretrial Services notified the United States Attorney's Office and defense counsel of the request for the below hearing.

**PRAYING THAT THE COURT WILL ORDER a Bond Review Hearing to be held on** __October 21, 2024__**, at** _____ **a.m.** __2:00__ **p.m. so that Jeffrey Baum can answer as to the above noted violation.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 4, 2024

Respectfully,

_Christen Rudd_

U.S. Pretrial Services Officer Christen Rudd

Place: Detroit, Michigan

Date: September 4, 2024

**THE COURT ORDERS:**

[ ]  No Action

[ ]  Modification of Pretrial Conditions as Requested

[x]  Bond Review Hearing and defendant to appear before the Judge assigned to the case on [date] at [time].

[ ]  The Issuance of a Warrant [check one]

    [ ]  Defendant to appear before the Judge assigned to the case for purposes of bond determination and Defendant temporarily detained pending hearing

    [ ]  Defendant to appear before the Duty Magistrate Judge for purposes of bond determination

[ ]  The incorporation of the violation (s) contained in this petition with the other violations pending before the Court.

[ ]  Other

## ORDER OF COURT

Considered and ordered this __10th__ day of __October__, 20__24__ and ordered filed and made a part of the records in the above case.

_s/Mark A. Goldsmith_____

United States District Court Judge Mark A. Goldsmith