# United States District Court
for the
**Eastern District of Michigan**

U.S.A. vs. **Jeffrey Baum**                      Docket No. **19CR20836-03**

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW Simona Turner, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, <u>Jeffrey Baum,</u> who was placed under pretrial release supervision by United States Chief Magistrate Judge David R. Grand, sitting in the court at <u>Detroit</u>, on <u>December 23, 20219.</u>  The defendant was released on a $10,000 Unsecured Bond with the following special conditions of release: report as directed to Pretrial Services; avoid all contact with victims, witnesses, Hadir Altoon, and Paul Phillips; refrain from the possession/use of a narcotic drug; and submit to drug testing.

On February 13, 2020, Your Honor ordered the defendant's bond modified to include participate in drug treatment as directed by Pretrial Services; participate in mental health treatment as directed by the supervising officer or the Court; and refrain from the use of alcohol.

**Respectfully presenting petition for action of court and for cause as follows**:

On November 13, 2024, Pretrial Services submitted a bond violation memorandum to Your Honor outlining his recent positive drug tests for cocaine on November 7, 2024, and November 12, 2024 (presumptive positive). In addition, his failure to report for drug testing as directed. The defendant did admit to use of cocaine on November 12, 2024. He disclosed he used cocaine after his sentencing hearing on November 4, 2024, before Your Honor.

Pretrial Services discussed inpatient substance use treatment services with the defendant, however, he was not willing to utilize these services.

Due to the defendant's continued drug use and failure to report as directed, Pretrial Services views the defendant as an increased risk of nonappearance and danger to the community. On November 4, 2024, the defendant appeared before Your Honor for Sentencing at which time the defendant was given a custodial sentence. Bond was continued pending the defendant's self-surrender to the Bureau of Prisons; however, a self-surrender date has not yet been scheduled.

On November 13, 2024, a LEIN/NCIC inquiry was conducted. It revealed no new criminal activity, arrests, or outstanding warrants.

Per Your Honors request, a petition for action is being submitted requesting a bond violation hearing to address the defendant continued noncompliance.

**PRAYING THAT THE COURT WILL ORDER** a Bond Review Hearing to address the above noted violations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 15, 2024

Respectfully,

__/s/ Simona Turner_____

Supervisory United States Pretrial Services Officer

Place: Detroit, Michigan

**THE COURT ORDERS:**

[  ]   No Action

[  ]   Modification of Pretrial Conditions as Requested

[ X ]   Bond Review Hearing and defendant to appear before the Judge assigned to the case on
         **November 25, 2024  at 12:00 pm.**

[  ]   The Issuance of a Warrant [check one of the below]
         [  ]   Defendant to appear before the Judge assigned to the case
         [  ]   Defendant to appear before the Duty Magistrate Judge

[  ]   The incorporation of the violation (s) contained in this petition with the other violations pending before the Court.

[  ]   Other


ORDER OF COURT

Considered and ordered this 20th day of
November 2024 and ordered filed and
made a part of the records in the above case.


s/Mark A. Goldsmith_____ _____
United States District Judge Mark A. Goldsmith